# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Sheila Wright,
    Plaintiff(s),

v.

John Doe Employee, et al.,
    Defendant(s).

Case No. 1:19cv814
(Consent Case; Litkovitz, M.J.)

## ORDER

Pursuant to notification that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement agreement for the purpose of its enforcement.

Date __4/15/2020__

awh    April 15, 2020

_____
KAREN L. LITKOVITZ
United States Magistrate Judge